IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHURCHIE BLACK, III                                                                       PLAINTIFF

      v.                              Civil No.  14-5060

WASHINGTON COUNTY DETENTION
CENTER; SHERIFF TIM HELDER; and
DETENTION CENTER A-SHIFT
FLOOR DEPUTIES                                                                         DEFENDANTS

### **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

The Plaintiff, Churchie Black, III, filed this action pursuant to the terms of 42 U.S.C. § 1983.  He proceeds *in forma pauperis* and *pro se*.

By order (Doc. 3) entered on February 14, 2014, Plaintiff was directed to advise the Court by February 28, 2014, whether he would like to substitute an individual in place of the Washington County Detention Center.  He was also directed to file an amended complaint by February 28th.

To date, Plaintiff has not filed his amended complaint as directed by the Court.  The order (Doc. 3) has not been returned as undeliverable.  Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).  The case should be dismissed with prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of May 2014.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE