IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHURCHIE BLACK, IIII                                                                 PLAINTIFF

V.                        CASE NO. 5:14-CV-5060

WASHINGTON COUNTY DETENTION CENTER;
SHERIFF TIM HELDER; and DETENTION CENTER
A-SHIFT FLOOR DEPUTIES                                                          DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 5) filed in this case on May 14, 2014, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 9th day of June, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE